THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Edward
 Upham, Appellant.
 
 
 

Appeal From York County
 Kristi Lea Harrington, Circuit Court
 Judge
Unpublished Opinion No.   2010-UP-413
Submitted September 1, 2010  Filed
 September 20, 2010
AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Keith
 Edward Upham appeals the revocation of his probation.  On appeal, Upham argues
 the probation revocation court erred in revoking his probation without first
 finding a willful violation and without a sufficient evidentiary basis for the
 revocation. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority: State v. Bryant, 383 S.C. 410, 418, 680 S.E.2d 11, 15
 (Ct. App. 2009) (noting an issue must be raised to and ruled upon by the
 probation revocation court in order to be preserved for review).
AFFIRMED.
SHORT, THOMAS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.